DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JOSEPH T. DeGREGORIO, JR.,

Appellant,

v.

BILL FURST as Property Appraiser of Sarasota County, Florida;
BARBARA FORD-COATES as Tax Collector of Sarasota County,
Florida; KAREN E. RUSHING as Clerk of the Circuit Court of
Sarasota County, Florida; MTAG as custodian for MGD-F LL;
MELINDA E. MORGAN; ICARD, MERRILL, CULLIS, TIMM, FUREN
& GINSBURG, P.A.; McALLEN HOLDING, LLC; and FLORIDA
DEPARTMENT OF REVENUE,

Appellees.

No. 2D20-2219

_____

September 17, 2021

Appeal from the Circuit Court for Sarasota County; Hunter W.
Carroll, Judge.

Joseph T. DeGregorio, pro se.

Josh R. Dell of Garicadell, P.A., Sarasota, for Appellees Icard,
Merrill, Cullis, Timm, Furen & Ginsburg, P.A.

John W. Chapman, Jr. of The John Chapman Law Firm, P.A.,
Sarasota, for Appellee Melinda Morgan.

No appearance for remaining Appellees.

PER CURIAM.

Affirmed.

VILLANTI, BLACK, and STARGEL, JJ., Concur.

_____

Opinion subject to revision prior to official publication.